BROADWEST REALTY CORPORATION, Respondent, v. ABRAHAM SUDEROV, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that an issue of fact was presented as to fraud in inducing the making of the lease in question. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LOUIS BIANCO, Respondent, v. THOMPSON & BINGER, INC., Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the evidence was insufficient to sustain the verdict. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BELL TRADING COMPANY, INC., Appellant, v. SYDNEY G. HARNETT, as Chancellor Commander of LODGE No. 441 OF CONEY ISLAND, KNIGHTS OF PYTHIAS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ELIZABETH A. THOMER, as Administratrix, etc., of CONRAD J. THOMER, Deceased, Respondent, v. JOSEPH A. DAMSEY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JACOB GLOBERMAN, an Infant, by MAX GLOBERMAN, His Guardian ad Litem, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MAX GLOBERMAN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BERTHA PRICE, Appellant, v. NEW YORK RAILWAYS CORPORATION, Respondent, and DANIEL MCCARTHY, Respondent, Appellant.— Order affirmed, with costs to the respondent New York Railways Corporation against the plaintiff, appellant. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOSEPH W. PRISCO and HENRY W. PRISCO, Copartners, etc., Respondents, v. JOHN J. REYNOLDS, Appellant.— Judgment and order reversed, with costs, and motion denied, with ten dollars costs, on the ground that there was a triable issue. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.